COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







IN RE: JAMES LEE SWEED, 


Relator.
§


 


§


 


§


 


§


 


§


 


 § 





No. 08-08-00062-CV

AN ORIGINAL PROCEEDING


IN MANDAMUS


MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator James Lee Sweed asks this Court to issue a writ of mandamus against the
Honorable Gonzalo Garcia, Judge of the 210th District Court, El Paso County, Texas, to compel
the trial court to rule on his motion for summary judgment in cause number 2007-2271.
Mandamus is an extraordinary remedy, avalibile only to correct a clear abuse of discretion when
no other adequate remedy exists at law. See Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)
(orig. proceeding). Based on the record before us, we are unable to conclude that Respondent
has clearly abused his discretion or that Realtor is without an alternative remedy at law. 
Therefore, the petition for writ of mandamus is denied. 

February 21, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.